APPEAL NO. 04-15-00012 CV
TRIAL NO. 2005-CI-18884

JOHN E. RODARTE Sr.,
APPELLANT, AFFIANT, MOVANT,
PLAINTIFF, IN PROPIA PERSONA

VS.

BEXAR COUNTY, TEXAS, SHERIFF
RALPH LOPEZ, ET AL
APPELLEES, DEFENDANTS

IN THE FOURTH COURT
OF APPEALS DISTRICT

SAN ANTONIO TEXAS

BEXAR COUNTY, TEXAS

FILED
IN THE COURT OF APPEALS
AT SAN ANTONIO, TEXAS
2015 JUL 24, AM 10:43
KEITH E. HOTTLE, CLERK
Keith E. Hottle

APPELLANT'S RESPONSE TO APPELLEE'S
MOTION TO DISMISS APPEAL

TO THE HONORABLE JUSTICES AND COURT:

NOW COMES JOHN E. RODARTE Sr., APPELLANT IN PROPIA PERSONA, AND ON THIS 20th DAY OF JULY 2015, COMPLETES THIS RESPONSE, TO APPELLEE'S MOTION TO DISMISS APPEAL IN THE ABOVE STYLED AND NUMBERED CAUSE OF ACTION, AND APPELLANT, WILL SHOW THE FOLLOWING'S AS ALWAYS WITH LEAVE OF THIS COURT:

ON JULY 17, 2015 APPELLANT WAS CALLED OUT TO THE CLEMENTS UNIT MAILROOM, TO RECEIVE CORRESPONDENCE FROM THIS COURT'S DEPUTY CLERK, Ms. CECILIA BARROSA, EXT. 5-3221, WHICH WAS DATED, JULY 13, 2015 STATING THAT, APPELLEE'S MOTION TO DISMISS APPEAL.

APPELLANT RODARTE Sr. WISHES TO EXPRESS HIS RESPONSE IN THIS MATTER. THIS RESPONSE, IS NOT MEANT TO HARRAS OR DELAY THIS PROCEEDING, OR PARTIES. AS OF JULY 20, 2015 APPELLANT, HAS NOT YET RECEIVED A COPY OF SAID MOTION TO DISMISS, THEREFORE APPELLANT RODARTE Sr. CANNOT ADDRESS SAID NOTICE BY THIS THIS COURT'S RECEIVING + FILING, OF APPELLEE'S MOTION; DUE TO NOT KNOWING THE PLEADINGS THEREOF.
(Properly)

RESPECTFULLY SUBMITTED,

CERTIFICATE OF SERVICE

THIS IS TO CERTIFY, THAT A TRUE AND CORRECT COPY OF THIS FOREGOING DOCUMENT, HAS BEEN SENT BY FIRST CLASS MAIL TO MR. CLARKSON F. BROWN, ASSISTANT DISTRICT ATTORNEY OF BEXAR COUNTY, TEXAS, CIVIL SECTION, AT 101 WEST NUEVA St., SUITE 370 SAN ANTONIO, TEXAS 78205. EXECUTED ON THIS JULY 20, 2015

J.R./J.R.
07/20/2015

RESPECTFULLY DONE

John E. Rodarte Sr.
T.D.C.J.# 1263270
Clements Unit
9601 Spur 591
Amarillo,Texas 79107-9606

LEGAL MAIL
LEGAL MAIL

AMARILLO TX 791

21 JUL 2015 PM 2 L

USA
FOREVER

FOURTH COURT OF APPEALS
OFFICE OF THE CLERK, KEITH HOTTLE
300 DOLOROSA ST., SUITE 3200
SAN ANTONIO, TEXAS 78205-3037

FILED
IN THE COURT OF APPEALS
AT SAN ANTONIO
2015 JUL 24 AM 10: 43
Keith E. Hottle
KEITH E. HOTTLE, CLERK

78205 3037